479 A.2d 1097

Commonwealth v. Derr, Appellant.

Argued April 24, 1984. Robert S. Trigg, for appellant; Louise G. Herr, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, BECK and CERCONE, JJ.

526

The judgment of sentence of the learned Lancaster County Common Pleas Court Judge Paul A. Mueller, Jr., is affirmed.

CERCONE, J., concurred in the result.